FILED
MAR 0 1 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR4107-GT |
| Plaintiff, | |
| v. | **ORDER CONTINUING SENTENCING HEARING** |
| LUIS ENRIQUE AVILA-ACOSTA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for March 15, 2012, be rescheduled to **Friday, April 13, 2012, at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED: March 1, 2012

HONORABLE GORDON THOMPSON
United States District Judge